FILED
IN CLERKS OFFICE
2015 AUG 4 PM 3 55
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
for the
District of Massachusettes

Civil Action No.
15-10026-ADB
SEALED

Nicole Johnson, et al,

V.

Boston Public Schools, et. al,

Motion for Extension of Service

Now comes Plaintiff asking the Honorable Court for Extension of Service to the Defendants for the following reasons:

1) Plaintiff submitted a motion to amend Complaint and add Defendants

2.) Court allowed Motion

3) July 27th, 2015 Plaintiff Nicole Johnson visited Clerks office to find out the status of Amended Motion because Plaintiff had not recieved any notification from court.

4) Plaintiff recieved additional summonses from Court July 31st, 2015

5) Amended complaint was not included with the additional Summonses.
6) Plaintiff was in a car accident June 29, 2015 Therefore Plaintiff asks the Honorable Court to allow Plaintiff Motion for Extension

Respectfully Submitted,

Nicole Johnson  Pro Se

87 Alexander Street

Dorchester, MA 02125

774.360.3743

nicolejohnson2@live.com