United States of America
District of Massachusetts

Suffolk, ss.

| | | |
|---|---|---|
| Johnson Et al | ) | |
| | ) | |
| v. | ) | Docket No. 15-10026 |
| | ) | |
| Boston Public Schools et al | ) | |

**Motion for Extension of Time**

Now comes the Plaintiffs who, being aggrieved by certain orders including the Court's granting of Summary Judgment to the City, serve notice of their intention to appeal.

    Respectfully Submitted,

    Plaintiff NS
    Plaintiff NJ
    By their attorney

    Michael C. Walsh
    BBO 681001
    Walsh & Son LLP
    PO Box 9
    Lynnfield, MA 01940
    617-257-5496
    Walsh.lynnfield@gmail.com

**Certificate of Service**

I, Michael Walsh, certify that this document was electronically served through the Court's EF/CMF filing system, to all participating Attorney and filers, this 29th day of August, 2016.

/S/ Michael Walsh
Michael Walsh